AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

KENNETH ROBERT CIZEK,

        Plaintiff,

v.

WASHOE COUNTY JAIL, *et al.*,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case Number:  3:20-CV-401-RCJ-WGC

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the First Amended Complaint (ECF No. 5) is the operative complaint. Counts 1 and 2 are DISMISSED without prejudice but without leave to amend. Count 3 remains DISMISSED with prejudice. Any *in forma pauperis* appeal from this order would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3). This case is now closed.

Date: 9/8/2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk